## CIVIL MINUTES

**Judge MAXINE M. CHESNEY**

Date: JUN 27 2007

**E-Filing**

C-07-3336 -MMC

Merrill Lynch et al    v    William Fredrickson

Attorneys: Kevin Holl        NO APPEARANCE

Brendan Hennessy
(Pro Hac Pending)

Deputy Clerk: TRACY LUCERO    Reporter: Belle Ball

**PROCEEDINGS:**                                  **RULING:**

1. Conference call re: π's application        Granted.
2. for Temporary Restraining Order
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

Δ's opposition due by 7/20/07. π's reply due by 7/27/07.

(✓) ORDER TO BE PREPARED BY:    Plntf ✓   Deft ____   Court ____

( ) Referred to Magistrate For: _____
    ( ) By Court
(✓) CASE CONTINUED TO 8/3/07 @ 10:00 for Hearing on OSC re Preliminary Injunction

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____    Trial Date _____    Set for ___ days
                    Type of Trial: ( ) Jury    ( ) Court
Notes: _____

cc: Chamber file