Kevin J. Holl, State Bar No. 124830
**GORDON-CREED, KELLEY,**
**HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 421-3100
Facsimile: (415) 421-3150

Attorneys for Plaintiff Merrill Lynch, Pierce,
Fenner & Smith Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., a Delaware corporation, | ) ) ) | CASE NO.: C 07-3336 MMC |
| Plaintiff, | ) ) | **UNDERTAKING FOR THE** **TEMPORARY RESTRAINING ORDER** |
| vs. | ) ) | |
| WILLIAM E. FREDRICKSON, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The Honorable Maxine M. Chesney issued a Temporary Restraining Order in this case on

June 27, 2007. Attached hereto as **Exhibit A** is an undertaking in the amount of $5,000 as ordered

by this Court.

Dated: June 29, 2007

GORDON-CREED, KELLEY,
HOLL & SUGERMAN, LLP

By: _____
Kevin J. Holl
Attorneys for Merrill Lynch, Pierce,
Fenner & Smith, Inc.

**PROOF OF SERVICE BY E- MAIL**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My business address is Gordon-Creed Kelly, Holl & Sugerman, LLP, 222 Kearny Street, Suite 650, San Francisco, California 94108.

On June 29, 2007, I served the within documents: **UNDERTAKING OF TRO** on the parties in the within action at the following email address: *bfredrickson@royalaa.com*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **June 29, 2007**, at San Francisco, California.

Linda J. Halperin



# EXHIBIT A

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Bond 104934550

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.
_____
                                    Plaintiff

vs.                                 TEMPORARY RESTRAINING ORDER

WILLIAM E. FREDRICKSON              No. 3:07-cv-03336-MMC
_____
                                    Defendants

WHEREAS, by Order of the above entitled Court, Plaintiff (s)___, was required to file an undertaking in the sum of _____
Five Thousand and 00/100                                                                                          DOLLARS
as a condition for a Temporary Restraining Order to be in effect restraining and enjoining the above named Defendant (s)___, from the commission of certain acts as more fully set forth in said order.

NOW, THEREFORE, ___ST. PAUL FIRE AND MARINE INSURANCE COMPANY___, a corporation organized and existing under the laws of the State of _____MN_____ and authorized to transact the business of Surety, as Surety, in consideration of the premises and issuance of said Temporary Restraining Order does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant (s)___ and such damages not exceeding the amount of Five Thousand Dollars and 00/100 ($5,000.00)

DOLLARS as the Defendant (s)___ may sustain by reason of said Temporary Restraining Order if the same be wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the ___28th___ day of ___June___, ___2007___.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY

BY: _Sandra Diaz_____
    Sandra Diaz        Attorney-in-Fact

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.

BY: _____

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

 **TRAVELERS**

# POWER OF ATTORNEY

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

Attorney-In Fact No.    218261

Certificate No. 001649209

**KNOW ALL MEN BY THESE PRESENTS**: That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Robert McDonough, Glenn Pelletiere, Betty Calderon, Debra A. Deming, Vivian Carti, Halina Kazmierczak, Cynthia Farrell, Sandra Diaz, Elizabeth Marrero, Thomas Rhatigan, Evangelina L. Dominick, Annette Leuschner, and Michael Kubis

of the City of ___New York___, State of___New York___, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this ___2nd___ day of ___February___, ___2007___.

| | |
|---|---|
| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

By: _____
George W. Thompson, Senior Vice President

State of Connecticut
City of Hartford ss.

On this the ___2nd___ day of ___February___, ___2007___, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof,** I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_____
Marie C. Tetreault, Notary Public

58440-8-06 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

## Financial Statement - December 31, 2005

### St. Paul Fire and Marine Insurance Company

| Assets | | Liabilities, Surplus, & Other Funds | |
|---|---:|---|---:|
| Bonds | $ 12,643,301,553 | Losses | $ 8,399,417,898 |
| Stocks | 2,963,915,130 | Reinsurance Payable on Paid Losses | 20,817,526 |
| Real Estate | 676,342,475 | Loss Adjustment Expenses | 1,865,968,230 |
| Cash & Cash Equivalents | (43,311,827) | Contingent Commissions | 149,281,104 |
| Short Term Investments | 588,614,296 | Other Expenses | 88,290,790 |
| Other Invested Assets | 864,592,771 | Taxes, Licenses and Fees | 131,500,649 |
| Receivable for Securities | 19,792,491 | Unearned Premiums | 2,039,240,515 |
| Investment Income Due and Accrued | 164,447,984 | Advance Premiums | 600,467 |
| Agents' Balances | 1,302,166,785 | Dividends Unpaid- Policyholders | 6,601,084 |
| Reinsurance: Amounts Recoverable from Reinsurers | 1,385,399 | Ceded Reinsurance Premiums Payable | 101,964,245 |
| Reinsurance: Funds Held Dep. with Reins. Co. | 108,806,631 | Funds Held - Reinsurance Treaties | 222,762 |
| Federal and Foreign Income Tax Recoverable | 39,588,950 | Amounts Withheld by Company for Accounts of Others | 173,575,526 |
| Net Deferred Tax Asset | 366,694,642 | Remittances and Items Not Allocated | 37,136,895 |
| Guaranty Funds Receivable or on Deposit | 13,541,608 | Provision for Reinsurance | 41,199,684 |
| Electronic Data Processing Equipment | 2,658,042 | Adjustment for Foreign Exchange | 60,236,399 |
| Other Assets | 187,920,896 | Payable to Affiliates | 131,618,088 |
| | | Payable for Securities | 162,453,976 |
| | | Other Liabilities | (85,527,541) |

| | |
|---|---:|
| TOTAL LIABILITIES | 13,324,598,297 |

| | | |
|---|---:|---:|
| Special Surplus Retroactive Reinsurance | 23,332,624 | |
| Guaranty Surplus Fund | 1,000,000 | |
| Common Capital Stock | 20,000,000 | |
| Surplus | 6,531,526,905 | |

| | |
|---|---:|
| Surplus as Regards Policyholders | 6,575,859,529 |

| | | | |
|---|---:|---|---:|
| TOTAL ASSETS | $ 19,900,457,826 | TOTAL LIABILITIES & SURPLUS | $ 19,900,457,826 |

STATE OF CONNECTICUT }
                     } SS
COUNTY OF HARTFORD }

The foregoing is a correct statement of the financial condition, on a statutory basis, of the St. Paul Fire and Marine Insurance Company as of December 31, 2005, according to the best of our information, knowledge and belief.

Subscribed and sworn to before me this 17th day of April, 2006.

My commission expires November 30, 2007.

Michael J. Doody, Second Vice President