Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
Brendan D. Hennessy, Esq.   610.408.2000
RUBIN, FORTUNATO
10 South Leopard Road
Paoli, PA  19301

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED

          Plaintiff(s),

v.

WILLIAM FREDRICKSON

          Defendant(s).

CASE NO.  C 07 3336 MMC

***AMENDED***
APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, I, BRENDAN D. HENNESSY, an active member in good standing of the bar of Pennsylvania and New Jersey, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing plaintiff MERRILL LYNCH in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Kevin J. Holl, SBN 124830, GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP, 222 Kearny St. #650, San Francisco, CA 94108 (415) 421-3100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/05/07

*BRENDAN HENNESSY* (signature)

**PROOF OF SERVICE BY E- MAIL**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My business address is Gordon-Creed Kelly, Holl & Sugerman, LLP, 222 Kearny Street, Suite 650, San Francisco, California 94108.

On July 5, 2007, I served the within documents: **AMENDED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** on the parties in the within action at the following email address: *bfredrickson@royalaa.com*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 5, 2007**, at San Francisco, California.

                                          /S/ *Linda J. Halperin*
                                        Linda J. Halperin