UNITED STATES DISTRICT COURT

Northern District of California

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED

CASE NO. IC 07 3336 MMC

Plaintiff(s),

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

v.

WILLIAM FREDRICKSON

Defendant(s).
_____/

I, BRENDAN D. HENNESSY, an active member in good standing of the bar of PENNSYLVANIA AND NEW JERSEY whose business address and telephone number (particular court to which applicant is admitted) is

RUBIN FORTUNATO & HARBISON, P.C.
10 SOUTH LEOPARD ROAD
PAOLI, PA 19301, 610-408-2013

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District    Judge

**PROOF OF SERVICE BY E- MAIL**

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My business address is Gordon-Creed Kelly, Holl & Sugerman, LLP, 222 Kearny Street, Suite 650, San Francisco, California 94108.

On July 5, 2007, I served the within documents: **AMENDED [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** on the parties in the within action at the following email address: *bfredrickson@royalaa.com*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **July 5, 2007**, at San Francisco, California.

/S/ *Linda J. Halperin*
Linda J. Halperin