UNITED STATES DISTRICT COURT

Northern District of California

MERRILL LYNCH, PIERCE, FENNER
& SMITH INCORPORATED

CASE NO. IC 07 3336 MMC

Plaintiff(s),

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

WILLIAM FREDRICKSON

Defendant(s).

I, BRENDAN D. HENNESSY , an active member in good standing of the bar of PENNSYLVANIA AND NEW JERSEY whose business address and telephone number (particular court to which applicant is admitted) is

RUBIN FORTUNATO & HARBISON, P.C.
10 SOUTH LEOPARD ROAD
PAOLI, PA 19301, 610-408-2013

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED ,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   July 6, 2007

_____
United States District    Judge