United States District Court
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  MERRILL LYNCH                                    NO. CV 07-03336 MMC
11              Plaintiff,                           **CLERK'S NOTICE RE: FAILURE**
    v.                                               **TO FILE ELECTRONICALLY**
12                                                   **AND/OR REGISTER AS AN E-**
                                                     **FILER**
13  WILLIAM E. FREDRICKSON
              Defendant.
14  _____/

15
16  On 06/26/07, 06/27/07 & 06/29/07, counsel for Plaintiff(s) filed a Complaint, Motion, Memorandum,
17  Affidavit, Certificate of Service & Exhibit manually, on paper. This case has been designated for
18  electronic filing, pursuant to Local Rule 5-4 and General Order 45.

19
20  The above mentioned paper document has been filed and docketed. However, General Order 45
21  provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
22  presumptively designated" as e-filing cases. Therefore, counsel for Plaintiff(s) should submit the above
23  mentioned documents, in PDF format within 10 days, as an attachment in an *e-mail* message directed
24  to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges**
25  button and follow the procedure listed there). Do *not* e-file a document which has been previously filed
26  on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

27
28  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

1  become an ECF User and be assigned a user ID and password for access to the system upon designation
2  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users
3  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site
4  at ecf.cand.uscourts.gov.

5  Dated: July 9, 2007                                            <u>Alfred Amistoso</u>
                                                                              Deputy Clerk

2