United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., | No. C-07-3336 MMC |
| Plaintiff, | **ORDER VACATING AUGUST 2, 2007 HEARING** |
| v. | |
| WILLIAM E. FREDRICKSON, | |
| Defendant | |

In light of plaintiff having informed the Court, by Notice of Settlement filed July 24, 2007, that the parties have finalized a settlement agreement and that they will not file briefs in preparation for the preliminary injunction hearing scheduled for August 2, 2007, the Court hereby VACATES the August 2, 2007 hearing.

**IT IS SO ORDERED.**

Dated: July 25, 2007

MAXINE M. CHESNEY
United States District Judge