Kevin J. Holl, State Bar No. 124830
**GORDON-CREED, KELLEY,**
**HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, CA 94108
Telephone: (415) 421-3100
Facsimile: (415) 421-3150

Attorneys for Plaintiff Merrill Lynch, Pierce,
Fenner & Smith Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM E. FREDRICKSON,<br><br>Defendant. | CASE NO.: C 07-3336 MMC<br><br>**F.R.C.P. RULE 41 DISMISSAL**<br><br>**The Honorable Maxine M. Chesney** |

Plaintiff Merrill Lynch, Pierce, Fenner & Smith, Incorporated ("Merrill Lynch") filed a complaint against defendant William E. Fredrickson. Defendant Fredrickson did not file an answer or responsive pleading. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(i), Merrill Lynch hereby dismisses with prejudice its complaint against defendant William E. Fredrickson.

Dated: August 2, 2007                                    GORDON-CREED, KELLEY,
                                                         HOLL & SUGERMAN, LLP


                                            By:        /s/ *Kevin J. Holl*
                                                         Kevin J. Holl
                                                         Attorneys for Plaintiff

**PROOF OF SERVICE BY E- MAIL**

1  
2  
3   I am a resident of the State of California, over the age of 18 years, and not a party to the
4  within action. My business address is Gordon-Creed Kelly, Holl & Sugerman, LLP, 222 Kearny
5  Street, Suite 650, San Francisco, California 94108.
6   On August 2, 2007, I served the within documents: **F.R.C.P. RULE 41 DISMISSAL**
7  on the parties in the within action at the following email address:  *bfredrickson@royalaa.com*
8   I declare under penalty of perjury under the laws of the United States of America that the
9  above is true and correct.
10   Executed on **August 2, 2007**, at San Francisco, California.

          */s/ Linda J. Halperin*
13              Linda J. Halperin

---

2  
FRCP RULE 41 DISMISSAL